UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CATHERINE COFFMAN

*Plaintiff*

v.

CYRUSONE INC., ET AL.

*Defendant*

Civil Action No. _____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____Plaintiff Catherine Coffman_____, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

_____

## OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Mark D. Smilow
Signature of Attorney

305 Broadway, 7th Floor
Address

New York, NY 10007
City/State/Zip

01/11/2022
Date

DNJ-CMECF-005 (10/2018)

Instructions:

1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on Other Documents.
4. Select Corporate Disclosure Statement.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable insert the name of the Corporate Parent or leave it blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the NEXT button.