**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CATHERINE COFFMAN, | ) Case No. <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) CERTIFICATION PURSUANT <br> ) TO L. CIV. R. 11.2 <br> ) |
| CYRUSONE INC., ALEX SHUMATE, DAVID H. FERDMAN, JOHN W. GAMBLE, JR., T. TOD NIELSEN, DENISE OLSEN, WILLIAM E. SULLIVAN, and LYNN A. WENTWORTH, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

I certify that to the best of my knowledge, the matter in controversy in the above-captioned action is also the subject of the following related pending actions:

- *O'Dell v. CyrusOne Inc., et al.,* No. 1:22-cv-00016 (S.D.N.Y.)

- *Jeewa v. CyrusOne Inc., et al.,* No. 1:22-cv-00064 (S.D.N.Y.)

- *Ciccotelli v CyrusOne Inc., et al.,* No. 1:22-cv-00145 (S.D.N.Y.)

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2022                                  **WEISSLAW LLP**

                                                        By   /s/ *Mark D. Smilow*
                                                            Mark. D. Smilow
                                                            305 Broadway, 7th Floor
                                                            New York, New York 10007
                                                            Tel: (212) 682-3025
                                                            Fax: (212) 682-3010
                                                            Email: msmilow@weisslawllp.com
                                                            -and-
                                                            Richard A. Acocelli (to be admitted pro hac vice)
                                                            305 Broadway, 7th Floor
                                                            New York, NY 10007
                                                            Tel: (212) 682-3025
                                                            Fax: (212) 682-3010
                                                           Email: racocelli@weisslawllp.com

                                                           *Attorneys for Plaintiff*