## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CATHERINE COFFMAN, | ) | Case No.  2:22-cv-00140-CCC-JBC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL** |
| CYRUSONE INC., ALEX SHUMATE, DAVID | ) | |
| H. FERDMAN, JOHN W. GAMBLE, JR., T. | ) | |
| TOD NIELSEN, DENISE OLSEN, WILLIAM | ) | |
| E. SULLIVAN, and LYNN A. WENTWORTH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Catherine Coffman ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  February 25, 2022

**WEISSLAW LLP**

By   */s/ Mark. D. Smilow*
　　　Mark. D. Smilow
　　　305 Broadway, 7th Floor
　　　New York, NY 10007
　　　Tel: (212) 682-3025
　　　Fax: (212) 682-3010
　　　Email: msmilow@weisslawllp.com
　　　　　-and-
　　　Richard A. Acocelli (to be admitted
　　　pro hac vice)
　　　305 Broadway, 7th Floor
　　　New York, NY 10007
　　　Tel: (212) 682-3025
　　　Fax: (212) 682-3010

SO ORDERED

　*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:   3/8/2022